# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

20-1150-JPG

*Maurice Shelton*

)
)
)
)
)

Case Number: *20-1098-SPM*

*(Clerk's Office will provide)*

*Plaintiff(s)/Petitioner(s)*

v.

*Patrick Kilgore et. al*

*Defendant(s)/Respondent(s)*

)
)
)
)
)
)
)
)
)

☒ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)
☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)
☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C.
§§1346, 2671-2680, or other law

## I.   JURISDICTION

**Plaintiff:**

A.   Plaintiff's mailing address, register number, and present place of confinement.

*Maurice Shelton #453744*
*St. Clair county Jail*
*700. N. 5th Street*
*Belleville IL 62220*

**Defendant #1:**

B.   Defendant *Patrick Kilgore* is employed as
(a)      (Name of First Defendant)

*Attorney at Law*
(b)          (Position/Title)

with *Ridings Group LLC*
(c)       (Employer's Name and Address)

*1015 locust St. Louis MO 63101   (314 621-1800)*

At the time the claim(s) alleged this complaint arose, was Defendant #1
employed by the state, local, or federal government?   ☒ Yes   ☐ No

If your answer is YES, briefly explain:

*Patrick kilgore was my Defense*
*Attorney In my criminal case of the*
*Circuit court of the twentieth Judicial*
*Circuit St. clair county Illinois.*

Rev. 10/3/19

**Defendant #2:**

C.   Defendant _Richard Watson_ is employed as

(Name of Second Defendant)

_Sheriff's_

(Position/Title)

with _Sheriff's department_

(Employer's Name and Address)

_700. N. 5th Street Belleville IL 62220_

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☒ Yes   ☐ No

If you answer is YES, briefly explain:

Richard Watson was acting Sheriff of St. Clair county Jail of Illinois

**Additional Defendant(s) (if any):**

D.   Using the outline set forth above, identify any additional Defendant(s).

Defendant Robert Haida is employed as Judge with St. Clair county Court House #10 public Square Belleville IL 62220 Room 408. #. Yes Robert Haida was my sentencing Judge employed by the state

E) Defendant Jim Piper is employed as States Attorney with St. Clair county court House #10 public Square Belleville IL 62220 Room 408 #. Yes Jim Piper was the Prosecuter in my criminal case employed by the state.

Rev. 10/3/19

## II.   PREVIOUS LAWSUITS

A.   Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?   ☐Yes   ☒No

B.   If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.   Parties to previous lawsuits:
Plaintiff(s):  *State of Illinois*

Defendant(s):  *Maurice Shelton*

2.   Court (if federal court, name of the district; if state court, name of the county):  *St. Clair county state of illinois in the twentieth Judicial circuit Belleville IL*

3.   Docket number:  *12CF-1706*

4.   Name of Judge to whom case was assigned:  *Judge McGlynn*

5.   Type of case (for example: Was it a habeas corpus or civil rights action?):  *evidential Hearing I believe Form 40*

6.   Disposition of case (for example: Was the case dismissed?  Was it appealed?  Is it still pending?):  *Found deprived of ineffective of assistance of counsel*



I-CASE No: IL12AA23230

Report ID: 388279

| Witness Joel S PRICE | | |
|---|---|---|
| CONTACT INFORMATION | | |
| **Contact Name** | **Contact Type** | **Number** |
| | Cell Phone | |

### NARRATIVE SECTION

On 11/27/2012, S/A D. Watts and I responded to 1206 Baron Street, in St. Louis, where we conducted an interview with the following individual in reference to the murder of Walter Taylor:

Joel S. Price aka "JP"



Price is employed as a security guard at the Pink Slip and was working at the time of the murder. The following is a summary of that interview:

*Interview began at 2:35pm

*Video statement checklist was completed

*Price's security duties include working inside of the front door, checking id's and patting people down for weapons.

*He stated "JB" and "Moe" work outside the front door and are in charge of the "jump line", which is a line that allows people to pay $20 and go to the front of the line. Price did not know the real names of JB or Moe.

*Price stated the victim, Walter Taylor and his cousin, Darryl Paulette, paid their money for the jump line and entered the front door of the club. Price stated an argument ensued between security and Paulette and Taylor, when Paulette and Taylor were also charged $10 entry fee. Price stated the fee for the jump line did not include the cover charge.

*Price stated Taylor and Paulette decided not to go in the club and wanted a refund on the jump line money. Paulette began to argue with "Moe" and he observed "Moe" strike Paulette, and Paulette then strike "Moe". He then observed Taylor strike "Moe" and "JB" then strike Taylor.

*Price stated he stepped in between everyone and broke it up. Paulette began trying to convince Taylor to leave the area. As Paulette and Taylor began to walk away, Price returned to his assigned duties inside the front door.

*During the fight, he remembered hearing Taylor state "I'm going to kill all you niggers!"

*As he continued to work the front door, he heard two gunshots that he thought were nearby. When he looked outside, he observed Taylor laying in the street. He went back inside the door and heard two more gunshots. Brooklyn Police arrived on scene, and he knew that people in the area were saying that a security guard had shot Taylor. Brooklyn Officer Jackson began asking him where "Moe" was. Price stated he did not see Moe after hearing the first two gunshots.

Printed By: ** Michael Herr (HERRMIC )** - *03/10/2015 07:34*



EXHIBIT

Page 2 of 3

Case

I-CASE No: IL12AA23230

Report ID: 388279

**NARRATIVE SECTION**

*He has known "Moe" for several years but does not know his real name.

*He described "Moe's" personality as serious and "quick to fight" with a "hot temper".

*Price said "Moe" was wearing a black letterman style coat with his record label on it, with black pants.

*Price described "Moe" as light skinned with dreadlocks, short, stocky build with tattoos on his neck. Price added that "Moe" is a rapper and goes by the name "Nonsince da Grinch" and "Nonsince da Enforcer".

*He provided me with the following phone number for Moe: ▓▓▓▓▓▓

*Price stated none of the security guards are allowed to carry firearms, and he did not know "Moe" had a gun.

*Price stated "Moe" appeared to be agitated earlier that evening. Price believed Moe's mother is in the hospital, and he thought "Moe" was depressed.

*Price has been to "Moe's" mothers apartment one time in the ▓▓▓▓▓▓▓▓▓ in St. Louis.

*The interview was concluded at 3:03pm.

The original checklist was secured in a 1A envelope and placed in the case file. The original recording was placed into evidence.

No further.

**ATTACHMENTS**

| Type : | Other Scanned Document |
| --- | --- |
| Name : | checklist |
| File Name : | joel price.pdf |



# I-CASE SUPPLEMENTARY REPORT

Report ID: 356433

## Illinois State Police
Z6.
Illinois

(This document contains neither recommendations nor conclusions of the agency listed above. It and its contents are not to be disseminated outside your agency.)

| I-CASE No: IL12AA23230 | Case Status: Case Closed: Sustained - Felony Conviction | | | Report Status: Approved | |
|---|---|---|---|---|---|
| Case Title: | No. Of Suspects | No. Of Victims | Caution Codes? | Gang Related? | Domestic Related? |
| Walter Taylor (Pink Slip) | 0 | 0 | No | No | No |
| Last Offense Classification/Re-Classification | | | | Inchoate Code | |
| Homicide - First Degree Murder | | | | Offense As Cited | |

### INCIDENT INFORMATION

| Address of Occurrence (No., Street, City, Township, County, State, Zip, Country) | |
|---|---|
| 114 South 4th Street, Brooklyn, Illinois, United States of America (USA) | |
| Location Type | Date and Time of Occurrence |
| Roadway / City Street | 11/25/2012 03:00 |
| Officer Arrives / Case Open | Date Reported |
| 11/25/2012 03:13 | |
| Action Date | |
| Incident Assigned By | |

### ASSISTANCE REQUESTED BY

| Agency | Requesting Officer | Officer Title | Officer Contact Number |
|---|---|---|---|

### REPORTING OFFICER / APPROVING SUPERVISOR / PRIMARY INVESTIGATOR

| Role | Name | Date and Time Last Submitted/Approved |
|---|---|---|
| Officer | WATTS, Devin Star # 5890 (D-11) | Submitted - 01/15/2013 15:59 |
| Supervisor | DOIRON, Mark W Star # 4908 | Approved - 01/16/2013 12:37 |
| Investigator | | |

### REPORT TITLE/PURPOSE

Interview of Madison Garrett

### Witness - Madison W GARRETT

### DEMOGRAPHIC INFORMATION

| Name: | Madison W GARRETT | Height/Weight: | / | No Photo |
|---|---|---|---|---|
| Maiden Name: | | Build: | Medium | |
| Nickname: | | Eye Color: | Brown | |
| Sex: | Male | Facial Hair: | | |
| Race/Ethnicity: | Black / Not Of Hispanic Origin | Complexion: | Dark Brown | |
| DOB | | Hair Color: | Black | |
| Marital Status: | | Hair Length/Style: | Short / Collar Length / Afro | |
| Alias(s)/DOB(s): | | Dominant Hand: | | |
| | | Citizenship: | United States of America (USA) | |
| | | Place of Birth: | Illinois | |
| Physical Description: | | | | |

### RESIDENCE INFORMATION

| Address Name | Address, City, Township, County, State, Zip, Country |
|---|---|

Printed By: " Michael Herr (HERRMIC )"" - "03/10/2015 07:34"



EXHIBIT
13

Page 1 of 4

5

**JOHNSON, JOHNSON & NOLAN**
LAWYERS

PRESTON K. JOHNSON
(1885-1955)
PRESTON K. JOHNSON, SR., III
(1915-1997)
PRESTON K. JOHNSON, IV
PRESTON K. JOHNSON, V
MEGAN M. NOLAN

11 SOUTH HIGH STREET
BELLEVILLE, ILLINOIS 62220
www.pkjohnsonlaw.com

AREA CODE 618
TELEPHONES
277-3600
277-3601
FAX 277-1184

February 7, 2020

**Legal Mail**
Maurice Shelton #B89627
Shawnee Correctional Center
6665 IL-146
Vienna, IL 62995

Re:   **State of Illinois vs. Maurice Shelton**
      **Case No. 12-CF-1706**

Dear Mr. Shelton:

Enclosed please find a copy of the court Order entered on January 28, 2020 by Judge McGlynn. As you can see, Judge McGlynn found that you were deprived of effective assistance of counsel, and therefore, set aside your plea of guilty. Judge McGlynn has transferred the case to the Chief Judge for reassignment to a new Judge. You will also be appointed a new attorney to represent you.

The State may file a Motion to Reconsider of a Notice of Appeal. I will provide you with those documents if and when I receive them.

Thank you.

Yours truly,
JOHNSON, JOHNSON & NOLAN

P. K. Johnson, V

EXHIBIT
C



I-CASE No: IL12AA23230

Report ID: 308463

## Witness: Madison W GARRETT

### RESIDENCE INFORMATION

United States of America (USA)

### CONTACT INFORMATION

| Contact Name | Contact Type | Number |
|---|---|---|
| | Cell Phone | |

### NARRATIVE SECTION

The purpose of this report is to document the recorded witness interview of Madison W. GARRETT (b/m        ) in reference to the investigation of the murder of Walter Taylor at the Pink Slip Club in Brooklyn, IL, on 11/25/2012.

This interview was conducted on 11/25/2012 inside the Pink Slip Club at 114 S. 4th Street, Brooklyn, Illinois. I, Tpr. Devin Watts (5890), and S/A Chris Hoffstot (5577) conducted the video and audio recorded interview. The following is a summary of the interview in bullet statement form and is not a verbatim account.

-The interview began at 7:25AM and a video statement checklist was completed.

-GARRETT stated that he arrived at the Pink Slip at around 1:30AM on 11/25/2012.

-Upon his arrival, GARRETT observed that it appeared to be a normal business night. He stated that it was just starting to get busy.

-GARRETT indicated that the following security personnel were working the front doors when he arrived: JB (Ivory Bryant), Dion Nunley, and JP (Joey Price).

-GARRETT said that he typically employs 6 to 7 security personnel per night. Other security guards working the morning of November 25, 2012, were: Chad Garrett, KD (Cardell Alexander), Mo (Maurice Shelton), and Larry Alexander.

-GARRETT stated that he maintains some records on employees, but if they are part time he may not have information on them.

-According to GARRETT, he was tending the bar because one of his bar maids had not shown up for work. While tending the bar, GARRETT was contacted by JB (Ivory Bryant) at the end of the bar. GARRETT said that JB motioned for him to come to the end of the bar, where he proceeded to tell GARRETT that someone had been shot.

-GARRETT stated that JB did not indicate who had been shot, but that he came back later and told GARRETT that he thought the person was dead. GARRETT said that when he asked who shot the person, JB hesitated and then told him about the incident.

-GARRETT said that JB told him Mo (Maurice Shelton) had gotten into an altercation with two subjects and that one of them threatened to shoot Mo. GARRETT stated that JB said the altercation escalated to where Mo and the two subjects were "tusslin" and someone was hit a couple of times. GARRETT said that JB told him one of the subjects then ran off toward the parking lot saying he was going to get a gun.

-GARRETT said that he then instructed JB to go back to the front of the business and secure the door.

St. Clair County, Integrated Criminal Justice System - Petition/Post Conviction

## JOHNSON, JOHNSON & NOLAN
### LAWYERS

**PRESTON K. JOHNSON**
*(1885-1955)*
**PRESTON K. JOHNSON, SR., III**
*(1915-1997)*
**PRESTON K. JOHNSON, IV**
**PRESTON K. JOHNSON, V**
**MEGAN M. NOLAN**

11 SOUTH HIGH STREET
BELLEVILLE, ILLINOIS 62220
www.pkjohnsonlaw.com

AREA CODE 618
TELEPHONES
277-3600
277-3601
FAX 277-1184

September 23, 2020

**Legal Mail**
Maurice Shelton #B89627
St. Clair County Jail
700 North 5th Street
Belleville, IL 62220

    Re:    **State of Illinois vs. Maurice Shelton**
           **Case No. 12-CF-1706**

Dear Mr. Shelton:

Thank you for your letter of September 15, 2020. Unfortunately, I am not able to represent you with regard to your pending issues. I wish you the best of luck.

Thank you.

Yours truly,
JOHNSON, JOHNSON & NOLAN

P. K. Johnson, V

EXHIBIT
D

# IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
## ST. CLAIR COUNTY, ILLINOIS



Kahalah A. Clay
Circuit Clerk

| Case Number | Ticket # | Offense Description |
|---|---|---|
| 12CF0170601 | | MURDER/INTENT TO KILL/INJURE |
| 12CF0170602 | | FIRST DEGREE MURDER |

| | |
|---|---|
| Arresting Agency: | ILLINOIS STATE POLICE |
| Date of Offense: | Sunday November 25, 2012 |

The People of the State of Illinois
vs.
MAURICE D. SHELTON

(Defendant)

To: MAURICE D. SHELTON
1701 OFALLON STREET
SAINT LOUIS, MISSOURI 63101

## ASSIGNMENT ORDER

FILED
ST. CLAIR COUNTY

FEB 0 4 2020

22                    *Kahalah a. Clay*
                      CIRCUIT CLERK

Date: Tuesday February 04, 2020

The case is hereby assigned to Hon. Robert Haida for trial. Any motions for substitution of judge shall be filed within the appropriate time with the Circuit Clerk and a copy of same shall also be forwarded by movant to Mary Berneking, Court Administrator, and opposing counsel, If this case has been previously assigned to Hon. Robert Haida, the date of the previous assignment order controls.

If any pretrial motions are pending, please contact the court clerk for the Hon. Robert Haida to have them scheduled for hearing.

You will be notified of your next court appearance date.

EXIBIT
E

Office of the Chief Judge

Defendant Copy

EXIBIT

F

## State of Illinois
## IN THE TWENTIETH JUDICIAL CIRCUIT, ST. CLAIR COUNTY, BELLEVILLE, ILLINOIS

PEOPLE OF THE STATE

vs.

No.

Defendant

FILED
ST. CLAIR COUNTY

JAN 2 8 2020

CIRCUIT CLERK
27

## ORDER

This cause coming before the Court; the Court being fully advised in the premises and having jurisdiction of the subject matter;

The Court finds: .................................................................................................................

IT IS THEREFORE ORDERED:

..............................................................................................................
Judge

CC-14-91

White – CC;  Yellow – Plaintiff;  Pink – Defendant          FREEBURG PRINTING & PUBLISHING, INC. · 618-539-3320

Pages - Court Records Search                                          Page 1 of 3

 Kahalah Clay
Circuit Clerk



Home County Home FAQ

*Search this site...*

| Attorney Resources | Documents & Forms | Courts |

St. Clair County Circuit Clerk > Courts > Court Records Search

## Court Records Search

Criminal Cases | Civil Cases

**Name Search**
**Case Number Search**
**Ticket Number Search**
**Attorney Bar Number Search**
**Court Calendar Search**
Click on the tabs to change between views.

### Search By Defendant Name

shelton          maurice          Date of Birth          [ Search ]

Last name is required. First name and date of birth are optional.

Defendant Name | Case Details | Defendant Case History

## The People of the State of Illinois vs MAURICE D. SHELTON

**View Case Appearance History**
**View Case Document History**
**View Case Assessment History**

Case Number:        12CF0170602
Complaint #:        IL12AA23230
Ticket #:           0
Case Status:        CLOSED - CONVICTION
Arresting Agency:   ILLINOIS STATE POLICE

State Offense:      720 ILCS 5/9-1(a)(1)
                    FIRST DEGREE MURDER
Municipality Offense:
Charge Class:       Class M Felony
Charge Inchoate:    SUBSTANTIVE OFFENSE
                    CITED

Amended State Offense (if applicable):
Amended Municipality Offense (if applicable):
Amended Charge Class (if applicable):
Amended Charge Inchoate (if applicable):

Complaint Type:     Felony Information
Arrest Date:
Date of Offense:    Sunday November 25, 2012

**Defendant Name:**

MAURICE D. SHELTON
D.O.E         age: 31 - Male
Defense Attorney(s):
KRISTI HODEL
PATRICK S KILGORE

**Case Disposition History:**

** There is currently No Balances owed for this Case
10/03/2014 DEFENDANT SENTENCED
10/03/2014 Plea Guilty Mentally Ill
10/03/2014 GUILTY/MENTALLY ILL
10/03/2014 DEPARTMENT OF CORRECTIONS 25 years
10/03/2014 CONVICTION (NO FINES AND COSTS ASSESSED)

Defendant Fines and Costs Owed: $0.00
Defendant Restitution Owed: $0.00

### Case Court Appearance History:

10/06/2014 at 8:30 am Courtroom 408 [Jury Trial (Felony)] [Completed 10/03/2014 by Calendar Correction This Appearance Not Needed]
10/03/2014 at 1:30 pm Courtroom 408 [Hearing Plea of Guilty] [Completed 10/03/2014 by Belleville Courtroom]
09/26/2014 at 8:30 am Courtroom 408 [Pre Trial Motions] [Completed 09/26/2014 by Belleville Courtroom]
08/27/2014 at 8:30 am Courtroom 408 [Status Conference] [Completed 08/27/2014 by By Transfer to a New Docket]
08/27/2014 at 9:30 am Courtroom 408 [Status Conference] [Completed 08/27/2014 by Calendar Correction This Appearance Not Needed]
08/04/2014 at 8:30 am Courtroom 408 [Jury Trial (Felony)] [Completed 07/14/2014 by Calendar Correction This Appearance Not Needed]
07/21/2014 at 8:30 am Courtroom 408 [Jury Trial (Felony)] [Completed 07/14/2014 by Belleville Courtroom]
07/14/2014 at 1:30 pm Courtroom 408 [Pre Trial Motions] [Completed 07/14/2014 by Belleville Courtroom]
07/11/2014 at 8:30 am Courtroom 408 [Pre

### Case Chronological Entry History:

| Date | Action / Order Description |
|---|---|
| 10/06/2014 | Room: 408 - Jury Trial (Felony) |
| | Entered 10/03/14 - Calendar Correction, This Appearance Not |
| | Ordered by: Hon. Robert Halda |
| 10/03/2014 | Room: 408 - Hearing - Plea of Guilty |
| | Entered 10/03/14 - Belleville Courtroom |
| | DEFENDANT SENTENCED |

*EXHIBIT G*

*✱ Exhibit H on Back ✱*   12/2/2014

*EXHIBIT H*

IN THE CIRCUIT COURT OF ST. CLAIR COUNTY, ILLINOIS
20TH JUDICIAL CIRCUIT

Date of Sentence 10-3-14
Date of Birth
Date of Birth

PEOPLE OF THE STATE OF ILLINOIS

vs.

Shelton, Maurice D.
Defendant

Case No. 12 CF 1706

FILED
ST. CLAIR COUNTY

OCT 03 2014

Kahal ___ Clerk
CIRCUIT CLERK

(ALIAS NAME)          JUDGMENT - SENTENCE TO ILLINOIS DEPARTMENT OF CORRECTIONS

WHEREAS the above-named defendant has been adjudged guilty of the offense enumerated below.

IT IS THEREFORE ORDERED that the defendant be and hereby is sentenced to confinement in the Illinois Department of Corrections for the term of years and months specified for each offense.

| COUNT | OFFENSE | DATE OF OFFENSE | STATUTORY CITATION | CLASS | SENTENCE | MSR |
|-------|---------|-----------------|--------------------|-------|----------|-----|
| 1 | First Degree Murder | 11-25-12 | 720 5/9-1(a)(1) | M | 25 Yrs. — Mos. | 3 Yrs. |

and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on: ___ Yrs. ___ Mos. ___ Yrs.

and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on: ___ Yrs. ___ Mos. ___ Yrs.

and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on: ___ Yrs. ___ Mos. ___ Yrs.

The Court finds that the defendant is:

☐ Convicted of a class ___ offense but sentenced as a class X offender pursuant to 730 ILCS 5/5-5-3(c) (8)

The Court further finds that the defendant is entitled to receive credit for time actually served in custody from 12-14-12 (specify date) to Present ___ from ___ to ___ from ___ to ___ from ___ to ___

☐ The Court further finds that the conduct leading to conviction for the offenses enumerated in counts ___ resulted in great bodily harm to the victim. (730 ILCS 5/3-6-3(a)(2)(iii).

☐ The Court further finds that the defendant meets the eligibility requirements and is approved for placement in the impact incarceration program. If the Department accepts the defendant and determines that the defendant has successfully completed the program, the sentence shall be reduced to time considered served upon certification to the Court by the Department that the defendant has successfully completed the program. Written consent is attached. Count 1 of Crim Indictment dismissed on State's Motion

☐ The Court further finds that offense was committed as a result of the use of, abuse of, or addiction to alcohol or a controlled substance.

☐ IT IS THEREFORE ORDERED that the sentence(s) imposed on count(s) ___ be (concurrent with) (consecutive to) the sentence imposed in case number ___ in the Circuit Court of ___ County.

☐ IT IS FURTHER ORDERED that the defendant serve 75% ☐ 85%☒(100% of said sentence. PSI Waived
IT IS FURTHER ORDERED that the Clerk of the Court deliver a certified copy of this order to the Sheriff.
Plea-in Waive on Crim Info
IT IS FURTHER ORDERED that the Sheriff take the defendant into custody and deliver him to the Department of Corrections which shall confine said defendant until expiration of his sentence or until he is otherwise released by operation of law. filed today.

☒ IT IS FURTHER ORDERED that Plea of guilty to Count 1 of Crim Info, but Mental Ill, Conviction entered, no fines & fees assessed. Deft to Submit DNA to DOC if not on File.
This order is ✓ effective immediately. ___ stayed until ___

DATE: 10-3-14          ENTER: 10-3-14

Patrick Kilgore  Donna Li
Jim Piper                    Haida

|   | Ordered by: Hon. Robert Haida |
|---|---|
| | Plea Guilty, Mentally Ill |
| | GUILTY/MENTALLY ILL |
| | DEPARTMENT OF CORRECTIONS |
| | CONVICTION (NO FINES AND COSTS ASSESSED) |
| | 25 Years From: 10/03/14 To: 10/03/39 |
| 09/26/2014 | Room: 408 - Pre-Trial Motions |
| | Entered 09/26/14 - Belleville Courtroom |
| | Ordered by: Hon. Robert Haida |
| 08/27/2014 | Room: 408 - Status Conference |
| 08/27/2014 | Room: 408 - Status Conference |
| | Entered 08/27/14 - By Transfer to a New Docket |
| | Entered 08/27/14 - Calendar Correction, This Appearance Not |
| | Ordered by: Hon. Robert Haida |
| | Ordered by: Hon. Robert Haida |
| 08/04/2014 | Room: 408 - Jury Trial (Felony) |
| | Entered 07/14/14 - Calendar Correction, This Appearance Not |
| | Ordered by: Hon. Robert Haida |
| 07/21/2014 | Room: 408 - Jury Trial (Felony) |
| | Entered 07/14/14 - Belleville Courtroom |
| | Ordered by: Hon. Robert Haida |
| 07/14/2014 | Room: 408 - Pre-Trial Motions |
| | Entered 07/14/14 - Belleville Courtroom |
| | Ordered by: Hon. Robert Haida |
| 07/11/2014 | Room: 408 - Pre-Trial Motions |
| | Entered 07/02/14 - Belleville Courtroom |
| | Ordered by: Hon. Robert Haida |
| 06/27/2014 | Room: 408 - Pre-Trial Motions |
| | Entered 06/27/14 - Belleville Courtroom |
| | Ordered by: Hon. Robert Haida |
| 06/02/2014 | Room: 408 - Status Conference |
| | Entered 06/02/14 - Belleville Courtroom |
| | Ordered by: Hon. Robert Haida |
| 04/15/2014 | Room: 408 - Status Conference |
| | Entered 04/15/14 - Belleville Courtroom |
| | Ordered by: Hon. Robert Haida |
| 02/24/2014 | Room: 408 - Jury Trial (Felony) |
| | Entered 01/24/14 - Calendar Correction, This Appearance Not |
| | Ordered by: Hon. Robert Haida |
| 01/24/2014 | Room: 408 - Pre-Trial Motions |
| | Entered 01/24/14 - Belleville Courtroom |
| | Ordered by: Hon. Robert Haida |
| 10/16/2013 | Room: 408 - Hearing (Plea of Guilty) |
| | Entered 10/16/13 - Belleville Courtroom |
| | Ordered by: Hon. Robert Haida |
| 08/14/2013 | Room: 408 - Hearing (Plea of Guilty) |
| | Entered 08/14/13 - Belleville Courtroom |
| | Ordered by: Hon. Robert Haida |
| 06/12/2013 | Room: 408 - Hearing (Plea of Guilty) |
| | Entered 06/12/13 - Belleville Courtroom |
| | Ordered by: Hon. Robert Haida |
| 04/17/2013 | Room: 408 - Hearing - Motions |
| | Entered 04/17/13 - Belleville Courtroom |
| | Ordered by: Hon. Michael Cook |
| 02/13/2013 | Room: 408 - Status Conference |
| | Entered 02/13/13 - Belleville Courtroom |
| | Ordered by: Hon. Michael Cook |
| 01/11/2013 | Room: 500 - Arraignment (Felony Indictment/Information) |
| | Entered 01/11/13 - Belleville Courtroom |
| | Ordered by: Hon. Julie K. Katz |
| 01/04/2013 | Room: 500 - Arraignment (Felony Indictment/Information) |
| | Entered 01/04/13 - Belleville Courtroom |
| | Ordered by: Hon. Julie K. Katz |
| 12/28/2012 | Room: 500 - Arraignment (Felony Indictment/Information) |
| | Entered 12/28/12 - Belleville Courtroom |
| | Ordered by: Hon. Julie K. Katz |
| 12/21/2012 | Room: 500 - Arraignment (Felony Indictment/Information) |
| | Entered 12/21/12 - Belleville Courtroom |

EXhibit
I





7.    Approximate date of filing lawsuit: *Septemberec ( 2017*

8.    Approximate date of disposition: *January 28 2000*

9.    Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?" *NO.*

*(See Exhibit A - I)*

## III.   GRIEVANCE PROCEDURE

A.    Is there a prisoner grievance procedure in the institution? ☒ Yes    ☐ No

B.    Did you present the facts relating to your complaint in the prisoner grievance procedure?                              ☒ Yes    ☐ No

C.    If your answer is YES,
      1.    What steps did you take? *Filed a complaint form the Grievance to exhaust my Remedy with the Administrative*

      2.    What was the result? *None, they haven't respond.*

D.    If your answer is NO, explain why not.

E.    If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?                    ☒ Yes    ☐ No

F.    If your answer is YES,
      1.    What steps did you take? *Complained to staff members Multiple times*

Rev. 10/3/19

2.      What was the result?  NoNe, they won't respond

G.     If your answer is NO, explain why not.

H.     Attach copies of your request for an administrative remedy and any
       response you received.  If you cannot do so, explain why not:

please See attached pages
Exhibit A - I, and 2
Complaint Forms.
Please See attached pages
Declarations 1-3 by
Maurice Shelton

Rev. 10/3/19




# ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# REQUEST/COMPLAINT FORM

Name __Maurice Shelton__   SD Number __453744__   Block __J__   Date __10-12-20__

Request/Complaint: Mr. Shelton posits that housing him in a block with his pre-existing health conditions and the very real dangers of contagion in custodial facilities is tantamount to cruel and unusual punishment prohibited by the 8th Amendment to the United States constitutional (Hellins vs. McKinney, 509 U.S. 25, 34 (1993) notes that Eighth Amendment prohibits a detainee from exposure to series contagious diseases. Due to my schitzoeffectiveness I should be admitted to a pysch ward in these prison condition, these unconstitutional conditions of confinement and the denial of medical care including proper medical treatment. (Crites v. Madison Cnty. Jail, 2018 WL 1832919, at 2*(S.D. Ill. 2018)

Signature __MS__   Date __10-12-20__

Officer Actions: _____

Copy of what's been turned in

Signature _____   Date _____

Supervisor Actions: _____

Signature _____   Date _____

Administration Actions: _____

Signature _____   Date _____



# ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
## REQUEST/COMPLAINT FORM

Name _Maurice Shelton_   SD Number _A53744_   Block _J_   Date _9/16/20_

**Request/Complaint:** We took Corona tests on September 8th and they told us that they would be back in five business days. It's been six. We have been getting the run around out of everybody. We have the symptoms of Corona and I would like to know if it's really Corona or just a cold or something else. How much longer do we have to wait. Y'all put an inmate in here that had the Corona and was only in 180 for three days. That's putting the whole block in danger. Do y'all not care about our health or is federal money more important.

Signature _____   Date _9/16/20_

**Officer Actions:** Detainee was advised that when their results were in they will be notified by medical

Forward to Supervisor

Signature _____ #406  m.kempf_   Date _9-16-20_

**Supervisor Actions:** Officers response correct.

Signature _____ #47_   Date _9-16-20_

**Administration Actions:** _____

Signature _____   Date _____

## IV.   STATEMENT OF CLAIM

A.   State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated.  Do not include legal arguments or citations.  If you wish to present legal arguments or citations, file a separate memorandum of law.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

Please see attached pages
4/4
and Declarations 1-3
by Maurice Shelton

Rev. 10/3/19

# IV. STATEMENT OF CLAIM

**A.** In the complaint Plaintiff asserts numerous claims for Violations of his constitutional Rights against Defendants (see First and Second Declaration) These constitutional deprivations occured in the connection with his arrest and detention in Custody of St. Clair county (Jail) Sheriff's dept. in a duration of time from 12-14-2012 until Plea of Guilty but Mental ILL, entered: 10-3-14 Then to custody of D.O.C. from 10-6-14 until 03-11-2020 Back in costody of St. Clair county (Jail) Sheriff's dept. Illinois where the Plaintiff awaits Trial, as a Pre-trial detainee.

**B.** Please see (EXHIBIT F and H.) a copy of the court order entered on January 28, 2020 by Judge McGlunn. and copy of sentencing-Judgment.

**a)** as you can see (also in Exhibit C) Judge McGlunn found that the Plaintiff were deprived of effective assistance of Counsel and therefore set aside his Guilty Plea but Mental ILL.

**b)** b/c of numerous claims and reasons;
   **1)** The Plaintiff had to be Evaluated and was diagnose mentally ILL Following his arrest and Guilty Plea.
   **2)** Denied his Rights to Question witnesses (see Exhibit A and c)
   **3)** which lead him to be without a Self-defense claim in order to be Granted a Lesser charge awaiting trial
   **4)** A plea of Guilty was entered by lawyer on 10-16-2013, 8-14-2013, 6-12-2013 without the Plaintiff Present and consent (see exhibit I)
   **5)** Plaintiff Never knew what he was being charged with b/c of his mental Illness. He Never got documentation of Evidence, witnesses or knew his strategy For his defense From his attorney patrick Kilgore.
   **6)** The Plaintiff admitted to Judge McGlynn he was crying in distress Infront of Judge Haida, Jim Piper, and Patrick Kilgore when signing his Guilty Plea at the Evidential hearing.
   **7)** Judge McGlynn brought to light that Judge didn't look into the Plaintiff Evaluation Futher before sentencing.
   **8)** The plaintiff was Sentenced 25 years to D.O.C. Instead of a Mental Pysch ward.

**C.** The Plaintiff is awaiting trial to start all over after being in D.O.C. For 7 Years ongoing. **(4)**

2. Article I, State of The United States must enforce the individual Rights and liberties found in the Bill of Rights of the U.S. Constitution.

Article I, guarantees due process and equal protection which means everyone is entitled to the same basic Rights and the same Fair Procedures under the law.

Article I, Forbids discrimination on the basis of sex and on the basis of physical or mental handicaps.

Article VI includes the supremacy clause; state Judge must Know that the Constitution is supreme over state laws. All state Judges take an oath of office and swear to obey the United states constitution.

a.) Accused People have the Right to due Process; they must recieve Fair treatment according to the law. B/c Judge McGlynn Found that the plaintiff Maurice Shelton were deprived of effective assistance of counsel and therefore set aside his Guilty plea but mentally Ill for the reasons above of this Section on page(1) Defendants Patrick Kilgore, Jim piper, and Judge Haida Violated the plaintiff constitutional Rights In accordance with the 5th Amendment, Rights in criminal cases.

b.) People accused of a crime, must be told what crimes they have been charged with, have the Right to a speedy and public trial, and have the Right to question witnesses. B/c Judge McGlynn Found that the plaintiff Maurice Shelton were deprived of effective assistance of counsel and therefore set aside his Guilty plea but mentally Ill for the Reasons above of this Section on page(1) Defendants Patrick Kilgore, Jim piper and Judge Haida Violated the plaintiff constitutional Rights In accordance with the 6th Amendment, Rights to a Fair trial.

c.) The Rights of citizens cannot be taken away by States. States must give all citizens equal protection under the law and due-process. B/c Judge McGlynn Found that the plaintiff Maurice Shelton were deprived of effective assistance of counsel and therefore set aside his Guilty plea but mentally Ill for the reason above of this Section on page(1) Defendants Patrick Kilgore, Jim piper and Judge Haida Violated the plaintiff constitutional Rights In accordance with the 14th Amendment, Due process and Rights of citizens.

(2)

d.) The Criminal Charges plaintiff Maurice Shelton is currently facing (again) (See Exhibit E.) does not fit the nature of the Crime (see Exhibit A. and B) (A security Guard at WORK suffering from a mental Illness in a act of Self-defense) The Plaintiff entered a plea of Guilty but mentally Ill on 10-3-14 and was sentenced to 25 years at a 100% in the Department of correction.

By not ordering the plaintiff to be admitted in a mental Health institution due to the seriousness of the crime, and to be found deprived of effective of assistance of counsel, shows the intent and act of bad Faith, after already serving 7 years in D.O.C. These Constitutional deprivations against the plaintiff is cruel and unusual Punishment by Defendants Patrick Kilgore Jim Piper and Judge Haida In-accordance with the 8th Amendment Deliberate Indifference to a serious medical need.

B. Plaintiff Maurice Shelton was Found deprived of effective of assistance counsel, and the court Further Finds him entitled to relief Sought. His Guilty plea was set aside, and matter to be trans-fered to cheif Judge For Reassignment to the Felony docket and Judge (See Exhibit F) He was then transfered From D.O.C. custody back to St.Clair county (Jail) Sheriffs department custody where he awaits trial as a pre-trial detainee. 3-11-2020

(1) Richard Watson Fails to Provide Safety and Security to the institution From the Following Reasons:

a.) The ventilation system Heating/cooling shares the same Circulation Air Flow, So there is No escaping the Air-borne virus

b.) Eventhough the Administratives wear the Appropriate Equiptment due to the pandemic, they don't not allow detainees to have masks and Gloves inside the block

(3)

To protect themselves from "inmates who carry the Covid-19 virus/and the one's who haven't tested properly. (There No way to pratice Social-distancing.)

c.) By the Administrative allowing the product e-cig's to be sold (during the **pandemic**) in the Facility that prohibits smoking For the Reasons above these constitutional deprivations shows the intent and act of Bad faith of the Administrative under Richard watson.

2.) In the Duration of time (seen in the 2nd Declaration of Maurice shelton) at St. Clair county Jail, The plaintiff was exposed to the Covid-19 virus. He suffered from the Symtoms of the virus and still having Respirtory problems. From the virus; Due to the prison conditions; Illegal search and seizure, Deliberate Indifference to a serious medical need, exposure to serious contagious diseases From Second hand smoke.

a.) Defendant Richard Watson violated the plaintiff Constitutional Rights (For the Reasons above) In accordance with the 4th Amendment, 8th Amendment, and 14th Amendment.

(4)

## V.   REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

*Please see attached pages*
*2/2*

## VI.   JURY DEMAND *(check one box below)*

The plaintiff ☒ does  ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on:  10-12-2020
(date)

_____
Signature of Plaintiff

700 N 5th Street
Street Address

Maurice Shelton
Printed Name

Belleville IL 62220
City, State, Zip

#453744
Prisoner Register Number

_____
Signature of Attorney (if any)

Rev. 10/3/19

**V.** <u>Request for Relief</u>

1.) Plaintiff Maurice Shelton is in pursuant for the refund of Ten thousand dollars he paid for Representation of Counsel charged by Defendant Patrick Kilgore.

a.) The plaintiff also seeks monetary damages in Pursuant of Defendant Patrick Kilgore individual and official Capacity

b.) $150,000 Dollars for punitive damages

c.) 2.5 Million Dollars for Compensation damages,

* For the pain and suffering, emotional upset, and Physical injuries The plaintiff endured from being deprived of effective assistance of Counsel.

d.) The Plaintiff Request that Defendant Patrick Kilgore be disbarred to practice law.

2.) The plaintiff seeks monetary damages in pursuant of the Remainder Defendant(s) Jim Piper, Judge Robert Haida, and Richard Watson official Capacity.

a.) 2.5 Million Dollars for Compensation damages from Defendant(s) Jim Piper and Judge Haida

b.) 1.5 Million Dollars for Compensation damages from Defendant Richard Watson

* For the pain and suffering, emotional upset, and Physical injuries the plaintiff endured

** Each Defendant acted under the color of State Law.

3.) The Plaintiff seeks Appointment of Counsel due to his Mental Illness (see 3rd declaration) and why he is unable to Represent himself          (1)

4.) The plaintiff seeks a preliminary injunction challenging his prison condition due to his mental Illness Schitzo effectiveness.

a.) There is No adequate Medical care at St. Clair county Jail that can help the plaintiff Mental Illness to prepare For trial. as a pretrial detainee.

b.) Due to the covid-19 pandemic and the suffering From the virus Its Impossible to treat such Illness and virus In accordance with each other. Such remedy don't exist in Jail.

c.) The plaintiff mental disorder demands attention and Environment of a Mental Health institution. The Seriousness of his crime exposed the need For Admission into a Hospital For Rehabilitation.

5.) The appropriate remedy For section 1983 claims arising From unconstitutional conditions of confinement or the denial of Medical care include an order For proper Medical treatment and/or an award of money damages crites v. Madison Cnty. Jail 2018 wL 1832910, at *2 (S.D. Ill. 2018)

(2)

UNITED STATES DISTRICT
COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

Maurice Shelton
Plaintiff

VS.                          Case No.

Patrick Kilgore et al
Defendant(s)

First Declaration of
Maurice Shelton

I, Maurice Shelton, the above plaintiff is currently located at St. Clair County Sheriff's department 700 N 5th Street Belleville IL 62220 and have been since March 11, 2020 as a pre-trial detainee.

On November, 25th 2012 I was charged with 1st degree murder of Walter Taylor. At my security job The Pinkslip Club, I was working the jumpling when Walter Taylor and Darry Paulette, came and paid me $40 dollars to jump the line. They were suppose to pay $10 dollars a pece for admission. They didn't have enough money to get in, so they came out and demand their money back. Before I could tell them that they could use the ATM and get the money out, I was struck in the face Taylor and I blacked out. I dont even know how I made it home. When I woke up the next morning in the middle of the floor in my apartment, not remembering what happened, I went to St. Mary's pysch ward. I stayed there three days, still not remembering what happened, I left and went home. On social media I got wind of having a warrant for murder. I called my brother to see if he knew a lawyer. He refured me to Patrick Kilgore. I met with Mr. Kilgore and told him that they said I killed a man. He told me he would represent me for $10,000 dollars. I gave him $2,500 on

3/3

December 4th 2012 for retainor. We got together so he could turn me in to St. Clair County Jail. He missed the arrainments but finally came on January 4th 2013, after being paid the remaining balance of $7,500 on January 2013. I went to various courtdates between December 2012 until October 3ed 2014. During three seprate courtd June 12th 2013, August 14th 2013, October 16th 2013, my lawy Patrick Kilgore made a plea of guilty with out my consent or knowledge. During this time I never knew I was charged of 1st degree murder, which is 20 to 45 years plus the gun enhansment of 25 years. So if I went to trial and lost I wa facing 95 years to life. He didn't tell me that the witnesses could be called to testify on my behave. I never knew about the witnesses that were for me. He didn't go to the club to Anyone who may of been there and saw something, that didn't want to talk to the police. So I wasn't confide going to trial. I was diagnosed with Skitzofectiveness disorder, during one of my stays at St. Mary's Pyschward I talked to a pysch doctor and because of him the court gave me a plea of guilty but mentally ill. I was sent to Menard Maximum Security Penitentiary from October 6th 2014 until May 15th 2015. Then I was sent to Menard Medium Security Penitentiary from May 15th 2015 until September 2018. From there I was transferred to Shawnee Correctional Center from September 2018 until June 2019. Then I went to Centralia Correctional Cent from June 2019 until March 11th 2020. I was granted Another trial because I was deprived of effective assistance of counsel by Patrick Kilgore and ordered by Judge McGly on January 28, 2020, after serving 7 years in prison, because of guilty but mentally ill plea. Patrick Kilgore violated my rights by not giving me the rights to a fair trial. I spent those years behind bars, when I could of been in a Mental Hospital rehabilitating myself. Mr. Kilgore waited a whole year before putting in a self-defense claim, which could of got me a lesser charge or sentence, which also shows his ineffective-ness. Because I have to start this process all over, I fine

myself struggling mentally. It's like I'm living this Nightm-
All over again, so I take Medication. I don't have the
finacial support or Representation for my criminal charge A
due to the Covid-19 pandemic, I often lose myself, And
sometimes incohent to reality.

I pledge under the penality of perjuey the Above to be
true And correct to the best of my Knowledge.

Date: 10-2-2020                           Respectfully
                                          Submitted

MAURICE SHelton #453744
St. Clair County Jail
700 N5th Street
Belleville IL 62220

UNITED STATES DISTRICT
COURT
FOR the SouthERN DISTRICT OF ILLINOIS

Maurice Shelton
Plaintiff

V.S.                              Case No.

Patrick Kilgore et. al
Defendants

Second Declaration of
Maurice Shelton

I, Maurice Shelton, the above plaintiff is currently located
at St. Clair County Sheriff's department 700 NS 5th Street
Belleville IL 62220 and have been since March 11, 2020
as a pre-trial detainee.

On May 15th 2020 on L-Block in St. Clair County Jail,
I lost my sense of smell and taste. I also was hacking up
phlegm with a green color. I was in the bunk having hot
and cold flashes for three or four days and the rest of the
block had the same symptoms. We told the nurses and doctors.
All they did was prescribe Ibuprofen and Tylenol. We all
got our sense of smell and taste back around May 25th 2020.
I got moved into J-Block in June 2020. In August 2020
St. Clair County staff put in J-Block, three people that came
in from off the street with Covid-19, After being quarantined
for three days only. Staff removed the people who had the
virus in September, saying that we came in contact with
Covid-19. They gave us a Covid-19 test, by sticking long
cotton swabs in our noses. The nurses said the test would
come back in five business days. I realized I have the same
symptoms from when I was in L-Block. We still haven't
got the results back. I'm still having a hacking cough and
a yellowish phlegm. I have trouble breathing and have

(1)

2/2

Ringing in my ears. I went to the doctor in St. Clair County Jail with these symptoms on September 30th 2020. They said I have respitory problems. We live in a block that they don't give masks or gloves. They have 15 people in one block, so it's no practice social distancing. The ventilation is shared with I-Block, who were quarantined in August of 2020. They even sold us E-cigs while on quarantined, so the smoke from them were being passed around the small block with no ventilation. Plus E-cigs don't do anything but enhance the Covid-19 symptoms.

I pledge under the penalty of perjury the above to be true and correct to the best of my knowledge.

Date:   10-12-2020                          Respectfully
                                            Submitted

        Maurice Shelton #453744
        St. Clair County Jail
        700 N 5th Street
        Belleville IL 62220

UNITED STATES DISTRICT COURT
For the
Southern District of Illinois

Maurice Shelton
Plaintiff

VS.                          Case No.

Patrick Kilgore et al
Defendant(s)

Third Declaration of
Maurice Shelton

I, Maurice Shelton, the above plaintiff is currently located at St. Clair County Sheriff's department 700 N 5th street Belville IL 62220 and have been since March 11, 2020 as a pre-trial detainee.

Due to my Skitzoeffective Disorder it puts me in a bind, when I'm trying to write. I can't concentrate on the task, so I have to have people write for me. I have trouble comprehending and sticking to one thing because the voices in my head directs me to do things all the time. So I have to constantly find a way to confront them. This disorder has me in hard places and makes me forget the things I do a lot of the times. I blackout and have to be told what I've done. They prescribe me pills for my disorders. I take 50 mgs of Loxitane and its suppose to help with the voices but I still hear them. I deal with depression and it gets really bad around the holidays because I dont have family to turn to. It gets really bad December 24th and January 5th because that's my Mom's birthday and when she died. My birthday is January 4th, so how am I suppose to have a happy birthday. Then she died while I was locked up on my 25 year sentence and I didnt get to see her buried. I take 200 mgs of Zoloft for the depression just so it doesn't get bad as it usually does. I also take Depakote for my anxiety because I have attacks where I punch myself, scream loud, bang my head against things and cant control my behavior.

212

I've been trying to work on myself Alot but the last time I've seen A pysch doctor was Around September 20th. It's been on computer And it's about 10 minutes. I don't get rehabilitation from St. Clair County. I'm stuck in the block 24/7. It's not any recreation due to the over crowedness of the jail. I have Atle 15 other personalities to deal with in the block It's a violent enviroment because of the Covid-19 pandemic, In a 90 day pe of time, we've been locked down. 60 of them was without TV, pho shower and dayroom. I have Alot of stress due to my case. So I have no way to get from out of my depression mindframe. I havent doing what I love, which is music, because of my disorders and condition This stress got me losing weight. I havent talked to my public defen in the 7 months I've been here. I dont have the $40,000 dollars for lawyer to represent me in this case. So its hard for me to eat because stress. I basically just paid Patrick Kilgore $10,000 dollars to get me 25 years in DOC. I lost my mother in the process, I asked A friend in here to help me in writing my lawsuit for my money back. I really cant understand this because of all the medication I take.


I pledge under the penalty of perjury the above to be true and correct to the best of my knowledge.


Date:   10-12-2020                           Respectfully
                                             · Submitted


Maurice Shelton #453444
St. Clair County Jail
700 N 5th Street
Belleville IL 62220



Maurice Shelton #455744
St. Clair County Jail
700 W. 5th Street
Belleville, IL 62220

Legal Mail

INMATE CORRESPONDENCE
ST. CLAIR COUNTY JAIL

Clerk
United States District court
750 Missouri Ave
East St. Louis, IL 62201

UNCLAIMED
US MARSHALS



